IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PETER AMAN and TRACY AMAN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:18-CV-845-RP |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *as trustee for Long Beach Mortgage Loan Trust 2005-WL3, asset-backed certificates, Series 2005-WL3*, and SELECT PORTFOLIO SERVICING, INC., | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On September 10, 2019, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 27).[1] "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims the plaintiffs have asserted in this action, as well as those they could potentially have asserted in this action, are **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED** that all claims the defendants have asserted in this action, as well as those they could potentially have asserted in this action, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS ORDERED** that each party bear its own costs.

---

[1] The parties styled their joint stipulation as a "Joint Motion to Dismiss." (Dkt. 27 at 1).

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on October 1, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE